UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| LEROY WAYNE SEELEY, | ) | CASE NO. C05-0221-MAT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER TO SHOW CAUSE |
| JO ANNE B. BARNHART, Commissioner of Social Security | ) ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

The complaint in this case was filed back on February 7, 2005. A stipulated order granting defendant until <u>October 28, 2005</u> to file an answer was issued by the Court on August 25, 2005 (Dkt. 11). As of today's date, no answer has been received from defendant, and no motion to extend the deadline for filing an answer has been filed.

Within fourteen (14) days of the date of this Order, defendant shall confer with plaintiff's counsel and advise the Court of the status of this case, and shall additionally provide a new date by which the Commissioner will file the answer and Administrative Record.

DATED this <u>1st</u> day of <u>November</u>, 2005.

/s/ Mary Alice Theiler
Mary Alice Theiler
United States Magistrate Judge

ORDER TO SHOW CAUSE
PAGE -1